**Ralph S. MILBURN, Plaintiff/Appellant,**

v.

**BI–STATE DEVELOPMENT AGENCY, Defendant/Respondent.**

**No. 66116.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Feb. 28, 1995.

Rehearing Denied April 3, 1995.

Victor C. Strauss, Jr., St. Louis, for appellant.

James E. Whaley, James B. James, Brown & James, P.C., St. Louis, for respondent.

Before SMITH, P.J., and PUDLOWSKI and WHITE, JJ.

*ORDER*

PER CURIAM.

Plaintiff appeals the dismissal of his action for personal injuries.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

We affirm the judgment in accordance with Rule 84.16(b).